District of Massachusetts

Moakley Courthouse
1 Courthouse Way
S BOS MA 02210

John Igo,
PL.,

FILED
IN CLERK'S OFFICE

2012 JUL -3 P 2: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

VERSUS

12        MBB

12-10907

NORTH SUFFOLK MENTAL HEALTH ASSOCIATION, INC., and Commonwealth of Massachusetts Department of Mental Health Som/CAM caseworkers

MOTION TO VACATE Allowance OF P APPLICATION TO PROCEED w/OUT PREPAYMENT OF FEES

AND A SECOND MOTION:

MOTION TO RECUSE MAGISTRATE JUDGE

FIRST MOTION:

MOTION TO VACATE

Plaintiff John Igo, prays the honorable court vacate order to allow application to proceed w/out prepayment of fees.

PL. while indigent, does not want there to be any possible question as to impartiality of magis. as he says his case is of great importance to his natural rights and

does not want the case spoiled at inception. Based on charitable contribution lists and a conversation w/ magistrate judge's clerk Pl. thinks, however unfairly, an inference could be drawn that there is a relationship between P. and M. Judge by defendants, third parties, or some other authority or reviewer of case. See affidavit.

Plz vacate order (1) in your 12-10907-MBB, June 12 (Docket No. 2) order. (Page 6). of PLAINTIFF

## AFFIDAVIT

Pl. uses services at Brigham + Womens Hospital where he has found his cardio M.D. and magis. on donor list(s) and is currently a patient of Dr. Pfeffer. Pl. asked Mr. Garvin about magis. and dr., but Mr. Garvin was silent. However, Pl. thinks if no connection between the two, Mr. Garvin would say so, and therefore they are married, or are a couple, or close friends.

P has knowledge of BWH persons and their activities.

P elects to continue treatment by Pfeffer, M.D. as health is of greater importance than D. Mass filing.

FACTS TRUE PAINS PENALTIES OF PERJURY. THANK YOU.

JOHN IS

252 Powderhouse Blvd Som 02144

(2)

## MOTION TO RECUSE BASED ON 1ST MOTION (VACATION) AND ITS AFFIDAVIT

Plaintiff John Igo, respectfully requests the honorable court to recuse.

As reasons, PL. says court is not partial to PL. w/ regard to his funds statement(s) but that there is an appearance of impartiality based on the coordination of people, place, and things in P life. Plz consider in relation to 1ST motion and its affidavit.

P offers apology to court for wasted effort and thought clerk would give notice to magis. judge that motions were coming.

John Igo

252 POWDERHOUSE BLVD

Sem MA 02144

Affidavit: See affidavit of 1ST motion.

617 623 0398
STAFF: 0498 (mess.)

PAGE ③