USDC

Massachusetts,.

Hon. Nathaniel M. Gorton

1:12 - cv - 10907-NMG

Mandate USCA 10/23/13

John Igo

V.

NSMH ASSOC., INC.

Commonwealth of Massachusetts

DMH case workers / social workers Cam/Som

20th MAY 23 P 2:16
DISTRICT COURT
DIST. OF MASS.
OFFICE

Hon. Nathaniel M. Gorton
District Judge

Dear Judge Gorton:

      In winter, I went to Dedham to research and read files RE: DMH and Vinfen corporation who is a main contractor to NSMH ASSOC. INC. who was my defendant before you in a dismissed case. The Norfolk Sup. Civ clerk, Mr Timilty (his office) refused to produce files and I sued and case dismissed w/out hearing in Middlesex. I complained to the Norfolk County Commissioners.
      If you are contacted as citizen or judge plz. dont comment or involve yourself. I know you know this, and are ~~for most~~ experienced lawyer/judge which I'm not. USDC is Ct. of record, so is Norfolk Sup. which is my point to them. The county may act, so I'm being careful.

very sincerely. John Igo
CAM MA

I got docket from clerk.

Cc: Norfolk County Commissioners and Director